**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JONATHAN LOVE,                                    No. CIV S-07-1731-LKK-CMK-P

        Plaintiff,

    vs.                                                      ORDER

ROBERT MEKEMSON, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 4).  Plaintiff's complaint will be addressed separately.

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1.     Plaintiff's motion for leave to proceed in forma pauperis is granted;

        2.     Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

/ / /

1

1    3.    No initial partial filing fee will be assessed pursuant to 28 U.S.C.

2  § 1915(b)(1); and

3    4.    Plaintiff will be obligated for monthly payments of twenty percent of the

4  preceding month's income credited to plaintiff's prison trust account, such payments to be

5  forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

6  account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C.

7  § 1915(b)(2).

8

9  DATED:   September 24, 2007.

10

11  _____

   **CRAIG M. KELLISON**
12  UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2