# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN LOVE,                               No. CIV S-07-1731-LKK-CMK-P

    Plaintiff,

  vs.                                           ORDER

ROBERT MEKEMSON, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 10), filed on February 1, 2008.

        On January 4, 2008, the court dismissed plaintiff's complaint with leave to amend and directed plaintiff to file a first amended complaint within 30 days. Plaintiff now seeks a 30-day extension of that deadline. Good cause appearing therefor, the request will be granted. Plaintiff is warned that failure to comply with the court's prior order within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules. See Local Rule 11-110.

/ / /

1

1 Accordingly, IT IS HEREBY ORDERED that:

2     1. Plaintiff's motion for an extension of time (Doc. 10) is granted; and

3     2. Plaintiff shall file a first amended complaint within 30 days of the date of service of this order.

DATED: February 14, 2008

```
                              _____
                              CRAIG M. KELLISON
                              UNITED STATES MAGISTRATE JUDGE
```