IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN LOVE,  No. CIV S-07-1731-LKK-CMK-P

    Plaintiff,

  vs.  ORDER

ROBERT MEKEMSON, et al.,

    Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered on June 16, 2008, and plaintiff's appeal has been processed to the Ninth Circuit Court of Appeals. Pending before the court is plaintiff's motion for appointment of counsel (Doc. 29). Because final judgment has been entered and because this matter is now pending before the appellate court, the instant motion will be denied without prejudice to renewal in the Ninth Circuit.

      IT IS SO ORDERED.

DATED: September 30, 2010

                                                                                              **CRAIG M. KELLISON**
                                                                             UNITED STATES MAGISTRATE JUDGE

1